WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
JULIA D. KRIPKE (CA SBN 267436)
JKripke@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
RESTORATION HARDWARE, INC., GARY FRIEDMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMECO INDUSTRIES, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>RESTORATION HARDWARE, INC., GARY FRIEDMAN, and Does 1-10,<br><br>             Defendants. | Case No.   3:12-cv-05072 MMC<br><br>**STIPULATED REQUEST TO ENLARGE TIME FOR BRIEFING AND HEARING ON PRELIMINARY INJUNCTION AND ~~PROPOSED~~ ORDER** |

Pursuant to Local Rules 6-1(b) and 6-2, Defendants Restoration Hardware, Inc. and Gary Friedman ("Defendants") and Plaintiff Emeco Industries, Inc. ("Plaintiff") hereby request to enlarge the time on Plaintiff's Motion for a Preliminary Injunction.

Defendants have only recently engaged undersigned counsel, and need additional time to investigate the allegations in the Complaint and Motion for a Preliminary Injunction. (Declaration of Wesley E. Overson in Support of Stipulated Request to Enlarge Time for Briefing and Hearing on Preliminary Injunction ¶ 2.)  This is the first time modification in this case. (*Id.* ¶ 3.)  The requested modification will not alter any dates or deadlines in the Court's Scheduling

STIPULATED REQUEST TO ENLARGE TIME FOR BRIEFING AND HEARING ON PRELIMINARY INJUNCTION
CASE NO. 3:12-CV-05072 MMC
sf-3207743

1

Order, and will not have any effect on the schedule for the case other than modifying the requested hearing date for the preliminary injunction motion. (*Id.*) Defendants will not argue that the schedule agreed upon herein demonstrates a lack of urgency on the part of Plaintiff or a lack of irreparable harm.

The parties request the following preliminary injunction briefing and hearing schedule, which would place the hearing on the same date as the currently scheduled Initial Case Management Conference:

**Defendants' Opposition:**   November 16, 2012

**Plaintiff's Reply:**   November 30, 2012

**Hearing:**   December 14, 2012

Dated: October 17, 2012                                                Dated: October 17, 2012

*/s/ Wesley E. Overson*                                                */s/ Jonathan H. Blavin*
WESLEY E. OVERSON                                                JONATHAN H. BLAVIN
WOverson@mofo.com                                               Jonathan.Blavin@mto.com

MORRISON & FOERSTER LLP                                   MUNGER, TOLLES & OLSON LLP
425 Market Street                                                          560 Mission Street, 27th Floor
San Francisco, California 94105-2482                          San Francisco, CA 94105
Telephone: 415.268.7000                                              Telephone: (415) 512-4000
Facsimile: 415.268.7522                                                Facsimile: (415) 512-4077

Attorneys for Defendants                                              Attorneys for Plaintiff
Restoration Hardware, Inc. and Gary                            Emeco Industries, Inc.
Friedman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 18, 2012

HONORABLE MAXINE M. CHESNEY
United States District Judge

STIPULATED REQUEST TO ENLARGE TIME FOR BRIEFING AND HEARING ON PRELIMINARY INJUNCTION
CASE NO. 3:12-CV-05072 MMC
sf-3207743

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Nathan B. Sabri, am the ECF User whose ID and password are being used to file this Stipulated Request to Enlarge Time for Briefing and Hearing on Preliminary Injunction.  In compliance with General Order 45, X.B., I hereby attest that Wesley E. Overson and Jonathan H. Blavin have concurred in this filing.

Dated:  October 17, 2012               MORRISON & FOERSTER LLP

                                       */s/ Nathan B. Sabri*
                                       NATHAN B. SABRI
                                       NSabri@mofo.com

STIPULATED REQUEST TO ENLARGE TIME FOR BRIEFING AND HEARING ON PRELIMINARY INJUNCTION
CASE NO. 3:12-CV-05072 MMC
sf-3207743

3