| | |
|---|---|
| JOHN W. SPIEGEL (SBN: 78935) <br> John.Spiegel@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue, Thirty-Fifth Floor <br> Los Angeles, CA  90071-1560 <br> Telephone:  (213) 683-9100 <br> Facsimile:   (213) 687-3702 <br><br> JONATHAN H. BLAVIN (SBN: 230269) <br> Jonathan.Blavin@mto.com <br> JESSE MAX CREED (SBN: 272595) <br> Jesse.Creed@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, CA  94105 <br> Telephone:  (415) 512-4000 <br> Facsimile:  (415) 512-4077 <br><br> Attorneys for Plaintiff <br> EMECO INDUSTRIES, INC. | WESLEY E. OVERSON (SBN: 154737) <br> WOverson@mofo.com <br> JENNIFER LEE TAYLOR (SBN: 161368) <br> JTaylor@mofo.com <br> NATHAN B. SABRI (SBN: 252216) <br> NSabri@mofo.com <br> JULIA D. KRIPKE (SBN: 267436) <br> JKripke@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br><br> Attorneys for Defendants <br> RESTORATION HARDWARE, INC., GARY FRIEDMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMECO INDUSTRIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> RESTORATION HARDWARE, INC., GARY FRIEDMAN, and DOES 1-10. <br><br> Defendants. | CASE NO. CV 12-05072 MMC <br><br> **STIPULATION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION; [PROPOSED] ORDER THEREON** |

1    Plaintiff Emeco Industries, Inc. ("Plaintiff"), and Defendants Restoration Hardware, Inc.
2    and Gary Friedman ("Defendants") hereby stipulate through their respective attorneys as
3    follows:
4    WHEREAS, Plaintiff filed a motion for a preliminary injunction on October 10, 2012,
5    Dkt. No. 10; Defendants filed a response to the motion for a preliminary injunction on
6    November 16, 2012, Dkt. No. 26; Plaintiff filed a reply on November 30, 2012, Dkt. Nos. 37,
7    38, 39; and Defendants filed a motion for leave to file a surreply on December 7, 2012, Dkt. No.
8    42;
9    WHEREAS, Plaintiff intends to file an opposition and/or response to Defendants'
10   motion for leave to file a surreply;
11   WHEREAS, the hearing date on Plaintiff's motion for a preliminary injunction is
12   currently set for December 14, 2012 at 9 a.m.;
13   WHEREAS, the parties are presently in settlement discussions in an attempt to resolve
14   their dispute without the Court's intervention;
15   WHEREAS, the parties jointly request a short continuance of the hearing date on
16   Plaintiff's motion for a preliminary injunction to allow the parties to continue their settlement
17   discussions;
18   WHEREAS, the parties are aware that the typical day for civil law and motion hearings
19   for the Court is Friday, but counsel for Defendants has a child scheduled for surgery on Friday,
20   December 21, 2012; and
21   WHEREAS, the parties respectfully request that the hearing be on Thursday, December
22   20, 2012 at 9 a.m. or at a time thereafter that is convenient for the Court, or another date during
23   that week that is convenient for the Court besides Friday, December 21, 2012.
24   NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's
25   approval:
26   1.   The hearing on the preliminary injunction shall be continued until December 20,
27   2012 at 9 a.m.
28

Respectfully Submitted,

Dated:  December 7, 2012

/s/ Jonathan H. Blavin
JONATHAN H. BLAVIN
Jonathan.Blavin@mto.com

MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
Emeco Industries, Inc.

Dated:  December 7, 2012

/s/ Wesley E. Overson
WESLEY E. OVERSON
WOverson@mofo.com

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Restoration Hardware, Inc. and Gary Friedman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Specifically, the hearing on the motion for a preliminary injunction is continued from December 14, 2012 to January 11, 2013, at 9:00 a.m.

DATED: December 11, 2012

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Jonathan H. Blavin, am the ECF User whose ID and password are being used to file this Stipulation to Continue Initial Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Wesley E. Overson has concurred in this filing.

Dated:  December 7, 2012

MUNGER, TOLLES & OLSON LLP

/s/ Jonathan H. Blavin
JONATHAN H. BLAVIN
Jonathan.Blavin@mto.com

-2-   STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
CASE NO. CV 12-05072 MMC