1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

| | |
|---|---|
| 14 EMECO INDUSTRIES, INC., | Case No. 3:12-cv-5072 MMC |
| 15              Plaintiff, | **[PROPOSED]** ORDER GRANTING-IN-PART PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFF |
| 16      v. | |
| 17 RESTORATION HARDWARE, INC., GARY FRIEDMAN, and Does 1-10, | |
| 18              Defendants. | |

19
20
21
22
23
24
25
26
27
28

1     Plaintiff filed a motion to file under seal (Dkt. No. 37) relating to its Reply in Support of
2 Motion for a Preliminary Injunction and related exhibits. Pursuant to Civil L.R. 79-5(d), for the
3 purpose of establishing that the designated information is sealable, Defendants filed the
4 Declaration of Jason Edelman in Support of Plaintiff's Motion for Administrative Relief to File
5 Documents Under Seal.

6     Having read and considered plaintiff's motion to seal and the Declaration of Jason Edelman, the Court rules as follows.

7 ~~Plaintiff's Reply in Support of Motion for a Preliminary Injunction may be filed partially~~
8 ~~under seal, consistent with the redactions proposed by Plaintiff.~~

9

10     The unredacted version of plaintiff's Reply in Support of Motion for a Preliminary Injunction, as well as
11 Exhibits 12, 13, 14, 16, 17, 18, 19, 20, and 21 to the Supplemental Declaration of
12 Jonathan H. Blavin in Support of Plaintiff's Reply ~~may~~ shall be filed under seal. Plaintiff is hereby
13 DIRECTED to file, no later than December 14, 2012, said documents under seal in accordance with General Order No. 62(5). ("If a motion to seal is granted in part or full, the requesting party
14 will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website.")

15     Defendants have not supported sealing the Supplemental Declaration of Jonathan H.
16 Blavin, which provides only general descriptions of the exhibits at issue~~, and the declaration~~
17 ~~therefore may not be filed under seal~~. Plaintiff is hereby DIRECTED to file, no later than December 14, 2012, said supplemental declaration in the public record.
18

19     **IT IS SO ORDERED.**

20
21 Dated: <u>December 12, 2012</u>       *[signature]*
                                                      Hon. Maxine M. Chesney
                                                      United States District Judge
22
23
24
25
26
27
28