| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EMECO INDUSTRIES, INC., | | Case No. 3:12-cv-5072 MMC |
| | Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY |
| | v. | |
| RESTORATION HARDWARE, INC., GARY FRIEDMAN, and Does 1-10, | | |
| | Defendants. | |

1  ~~Plaintiff~~ Defendants have filed a motion for administrative relief seeking leave to file a surreply ~~to respond~~
2  Plaintiff has filed opposition thereto.  The Court having read and considered said submissions, ~~to criticisms of the survey of Mr. Hal Poret that Defendants submitted in opposition to the~~
3  ~~preliminary injunction motion and purported misstatements of fact in Plaintiff's reply.~~
4  Defendants' motion is GRANTED.  The Court will consider the proposed surreply filed as
5  Exhibit 1 and the supplemental declaration filed as Exhibit 2 to Defendants' motion for
6  administrative relief, as well as the arguments set forth in plaintiff's response thereto.

8  **IT IS SO ORDERED.**

10  Dated: December 12, 2012

                                                Hon. Maxine M. Chesney
                                                United States District Judge