JOHN W. SPIEGEL (SBN: 78935)
John.Spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

JONATHAN H. BLAVIN (SBN: 230269)
Jonathan.Blavin@mto.com
JESSE MAX CREED (SBN: 272595)
Jesse.Creed@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Plaintiff
EMECO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMECO INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESTORATION HARDWARE, INC., GARY FRIEDMAN, and DOES 1-10., <br><br> Defendant. | CASE NO.  CV 12-05072 MMC <br><br> **[PROPOSED]** **ORDER ON PLAINTIFF'S MOTION TO BRING EQUIPMENT INTO THE COURTROOM FOR USE AT HEARING ON JANUARY 11, 2013** <br><br> DIRECTIONS TO PLAINTIFF; NOTICE TO DEFENDANTS |

Plaintiff Emeco Industries, Inc. has filed a motion to bring into the courtroom and use the following equipment during the hearing scheduled for January 11, 2013 at 9:00 a.m. in Courtroom 7 in the above-captioned matter:

      1. Elmo projector

      2. Computer screen projector

      3. Laptop computers

      4. Projection screen

      5. Exemplar of the Emeco Navy Chair®

WHEREAS, good cause being shown,

**IT IS SO ORDERED.**   Plaintiff may bring into the courtroom and use the above equipment during the hearing scheduled for January 11, 2013.  Plaintiff is directed to contact the Deputy Clerk to schedule a time, prior to the hearing, to set up the equipment.

Defendants are advised that if they wish to bring an exemplar of defendants' chair to the hearing, defendants should provide a proposed order for court approval.

DATED: January 8   , 2013

By: _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:   /s/ Jesse Max Creed
      JESSE MAX CREED

    Attorneys for Plaintiff
    Emeco Industries, Inc.