| | |
|---|---|
| JOHN W. SPIEGEL (SBN: 78935)<br>John.Spiegel@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:  (213) 683-9100<br>Facsimile:   (213) 687-3702<br><br>JONATHAN H. BLAVIN (SBN: 230269)<br>Jonathan.Blavin@mto.com<br>JESSE MAX CREED (SBN: 272595)<br>Jesse.Creed@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077<br><br>Attorneys for Plaintiff<br>EMECO INDUSTRIES, INC. | WESLEY E. OVERSON (SBN: 154737)<br>WOverson@mofo.com<br>JENNIFER LEE TAYLOR (SBN: 161368)<br>JTaylor@mofo.com<br>NATHAN B. SABRI (SBN: 252216)<br>NSabri@mofo.com<br>JULIA D. KRIPKE (SBN: 267436)<br>JKripke@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendants<br>RESTORATION HARDWARE, INC., GARY FRIEDMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMECO INDUSTRIES, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RESTORATION HARDWARE, INC., GARY FRIEDMAN, and DOES 1-10.<br><br>　　　　　Defendants. | CASE NO. CV 12-05072 MMC<br><br>**PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION; [PROPOSED] ORDER THEREON** |

1    Plaintiff Emeco Industries, Inc. ("Plaintiff"), and Defendants Restoration Hardware, Inc.
2 and Gary Friedman ("Defendants") hereby stipulate through their respective attorneys as
3 follows:
4    WHEREAS, Plaintiff filed a motion for a preliminary injunction on October 10, 2012,
5 Dkt. No. 10; Defendants filed a response to the motion for a preliminary injunction on
6 November 16, 2012, Dkt. No. 26; Plaintiff filed a reply on November 30, 2012, Dkt. Nos. 37,
7 38, 39; Defendants filed a motion for leave to file a surreply on December 7, 2012, Dkt. No. 42;
8 and Plaintiff filed a response thereto on December 10, 2012, Dkt. No. 45;
9    WHEREAS, the hearing date on Plaintiff's motion for a preliminary injunction was
10 initially set for December 14, 2012 at 9 a.m.;
11    WHEREAS, the parties filed a stipulation on December 7, 2012 to continue the hearing,
12 Dkt. No. 44;
13    WHEREAS, on December 11, 2012, the court ordered the hearing continued until
14 January 11, 2013 and reset the hearing date accordingly, Dkt. No. 46;
15    WHEREAS, the parties have entered into a binding term sheet and anticipate finalizing a
16 settlement agreement and filing a dismissal in the near future;
17    WHEREAS, the parties respectfully request that the hearing on the preliminary
18 injunction scheduled for January 11, 2013 be continued.
19    NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's
20 approval:
21    1.    The hearing on the preliminary injunction scheduled for January 11, 2013 shall
22 be continued.
23
24    Respectfully Submitted,
25
26
27
28

-1-    STIPULATION TO CONTINUE HEARING ON
PRELIM. INJ.; [PROPOSED] ORDER
CASE NO. CV 12-05072 MMC

| | |
|---|---|
| Dated: January 10, 2013 | Dated: January 10, 2013 |
| /s/ Jonathan H. Blavin<br>JONATHAN H. BLAVIN<br>Jonathan.Blavin@mto.com<br><br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>Attorneys for Plaintiff<br>Emeco Industries, Inc. | /s/ Wesley E. Overson<br>WESLEY E. OVERSON<br>WOverson@mofo.com<br><br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendants<br>Restoration Hardware, Inc. and Gary Friedman |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on plaintiff's motion for a preliminary injunction is hereby CONTINUED to March 1, 2013.

DATED: January 10, 2013

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

### ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.

I, Jonathan H. Blavin, am the ECF User whose ID and password are being used to file this Stipulation to Continue Initial Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Wesley E. Overson has concurred in this filing.

| | |
|---|---|
| Dated: January 10, 2013 | MUNGER, TOLLES & OLSON LLP<br><br>/s/ Jonathan H. Blavin<br>JONATHAN H. BLAVIN<br>Jonathan.Blavin@mto.com |