IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMECO INDUSTRIES, INC., | No. C-12-5072 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RESTORATION HARDWARE, INC., and GARY FRIEDMAN, | |
| Defendants. / | |

The parties having informed the Court by stipulation filed January 10, 2013 that they anticipate finalizing a settlement agreement and filing a dismissal in the near future, the Case Management Conference scheduled for February 1, 2013 is hereby CONTINUED to March 22, 2013. The parties shall file a Joint Case Management Statement no later than March 15, 2013 or, in lieu thereof, may file a stipulation requesting a further extension in light of the anticipated dismissal.

**IT IS SO ORDERED.**

Dated: January 29, 2013

MAXINE M. CHESNEY
United States District Judge