| | |
|---|---|
| JOHN W. SPIEGEL (SBN: 78935) | WESLEY E. OVERSON (SBN: 154737) |
| John.Spiegel@mto.com | WOverson@mofo.com |
| MUNGER, TOLLES & OLSON LLP | JENNIFER LEE TAYLOR (SBN: 161368) |
| 355 South Grand Avenue, Thirty-Fifth Floor | JTaylor@mofo.com |
| Los Angeles, CA  90071-1560 | NATHAN B. SABRI (SBN: 252216) |
| Telephone:  (213) 683-9100 | NSabri@mofo.com |
| Facsimile:   (213) 687-3702 | JULIA D. KRIPKE (SBN: 267436) |
| | JKripke@mofo.com |
| JONATHAN H. BLAVIN (SBN: 230269) | MORRISON & FOERSTER LLP |
| Jonathan.Blavin@mto.com | 425 Market Street |
| JESSE MAX CREED (SBN: 272595) | San Francisco, California  94105-2482 |
| Jesse.Creed@mto.com | Telephone: 415.268.7000 |
| MUNGER, TOLLES & OLSON LLP | Facsimile: 415.268.7522 |
| 560 Mission Street, 27th Floor | |
| San Francisco, CA  94105 | Attorneys for Defendants |
| Telephone:  (415) 512-4000 | RESTORATION HARDWARE, INC., GARY FRIEDMAN |
| Facsimile:  (415) 512-4077 | |

Attorneys for Plaintiff
EMECO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMECO INDUSTRIES, INC. | CASE NO. CV 12-05072 MMC |
| Plaintiff, | **STIPULATION TO DISMISS ACTION; [PROPOSED] ORDER THEREON** |
| v. | |
| RESTORATION HARDWARE, INC., GARY FRIEDMAN, and DOES 1-10. | |
| Defendants. | |

1  Plaintiff Emeco Industries, Inc. ("Plaintiff"), and Defendants Restoration Hardware, Inc.
2  and Gary Friedman ("Defendants") hereby stipulate through their respective attorneys as
3  follows:
4  WHEREAS, on October 1, 2012, Plaintiff filed a Complaint for Federal Trade Dress and
5  Trademark Counterfeiting and Infringement; Federal Dilution; Common Law Trade Dress and
6  Trademark Infringement; Violation of Cal. Bus. & Prof. Code §§ 14330 *et seq.*; and Violation of
7  Cal. Bus. & Prof. Code §§ 17200 *et seq.*
8  WHEREAS, on December 6, 2012, the Court granted in part and denied in part
9  Defendants' Motion to Dismiss and afforded Plaintiff leave to amend the Complaint;
10 WHEREAS, on January 4, 2013, Plaintiff filed a First Amended Complaint for Federal
11 Trade Dress Counterfeiting and Infringement; Federal Trademark Infringement; Federal
12 Dilution; Common Law Trade Dress and Trademark Infringement; Violation of Cal. Bus. &
13 Prof. Code §§ 14247 *et seq.*; and Violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.*
14 WHEREAS, the parties have recently agreed to settle this matter;
15 WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties jointly request that the
16 Court dismiss this action with prejudice.
17 NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's
18 approval:
19     1.    The First Amended Complaint shall be dismissed with prejudice.
20
21 Respectfully Submitted,

| | |
|---|---|
| Dated: February 8, 2013 | Dated: February 8, 2013 |
| /s/ Jonathan H. Blavin<br>JONATHAN H. BLAVIN<br>Jonathan.Blavin@mto.com | /s/ Wesley E. Overson<br>WESLEY E. OVERSON<br>WOverson@mofo.com |
| MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 | MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| Attorneys for Plaintiff<br>Emeco Industries, Inc. | Attorneys for Defendants<br>Restoration Hardware, Inc. and Gary Friedman |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 11 , 2013

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3).**

I, Jonathan H. Blavin, am the ECF User whose ID and password are being used to file this Stipulation to Dismiss Action and Proposed Order Thereon. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Wesley E. Overson has concurred in this filing.

Dated: February 8, 2013

MUNGER, TOLLES & OLSON LLP

/s/ Jonathan H. Blavin
JONATHAN H. BLAVIN
Jonathan.Blavin@mto.com